UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHARLES GOODINSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON, INC.,** *et. al.,*<br><br>Defendants. | Civil Action No. 22-1320 (ZNQ) (TJB)<br><br>**CONSOLIDATED ORDER FOR REMAND** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Plaintiff's Consolidated Motion for Remand ("the Motion", ECF No. 4). Having reviewed the parties' submissions filed in connection with the Motion, for the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this **29th** day of **November, 2022**,

**ORDERED** that Plaintiff's Consolidated Motion for Remand is hereby **GRANTED**; and it is further

**ORDERED** that this case be **REMANDED** to the Superior Court of New Jersey, Middlesex County; and it is further

**ORDERED** that the other similarly situated cases listed on Exhibit A attached to this Order are also hereby **REMANDED** to the Superior Court of New Jersey, Middlesex County, consistent with this Order and the Consolidation Order entered on September 22, 2022 (ECF No. 12); and it is further

**ORDERED** that Clerk's Office is instructed to mark this matter and the cases listed on Exhibit A as **CLOSED**.

s/ Zahid N. Quraishi<br>
<b>ZAHID N. QURAISHI</b><br>
<b>UNITED STATES DISTRICT JUDGE</b>

# EXHIBIT A

|     | Plaintiff | Docket # |
| --- | --- | --- |
| 1.  | Reno, Donna | 3:22-cv-04904-ZNQ-TJB |
| 2.  | Lassen, Clifford | 3:22-cv-02656-ZNQ-TJB |
| 3.  | Dickey, Ryan | 3:22-cv-02168-ZNQ-TJB |
| 4.  | Koschak, Michael | 3:22-cv-02660-ZNQ-TJB |
| 5.  | Kissell, William | 3:22-cv-02651-ZNQ-TJB |
| 6.  | Everett, Geneie | 3:22-cv-02153-ZNQ-TJB |
| 7.  | Flores, Augustin | 3:22-cv-02167-ZNQ-TJB |
| 8.  | Kurtzbein, Debra | 3:22-cv-02166-ZNQ-TJB |
| 9.  | Rickert, Stephen | 3:22-cv-04596-ZNQ-TJB |
| 10. | Sherman, John | 3:22-cv-04594-ZNQ-TJB |
| 11. | Arnold, Alan | 3:22-cv-02498-ZNQ-TJB |
| 12. | Robertson, Eric | 3:22-cv-02662-ZNQ-TJB |
| 13. | Wingerter, David | 3:22-cv-02657-ZNQ-TJB |
| 14. | Zima, James | 3:22-cv-04595-ZNQ-TJB |
| 15. | Quaintance, Susan | 3:22-cv-02165-ZNQ-TJB |
| 16. | Skocpol, Clinton | 3:22-cv-02811-ZNQ-TJB |
| 17. | Schwab, Gary | 3:22-cv-02817-ZNQ-TJB |
| 18. | Deal, Vicki | 3:22-cv-04600-ZNQ-TJB |
| 19. | Vukmer, Robert | 3:22-cv-02493-ZNQ-TJB |
| 20. | Munroe, Robert | 3:22-cv-02490-ZNQ-TJB |
| 21. | Koeppen, Karin | 3:22-cv-02496-ZNQ-TJB |
| 22. | Lord, Michael | 3:22-cv-02494-ZNQ-TJB |
| 23. | Goodinson, Charles | 3:22-cv-01320-ZNQ-TJB |
| 24. | Drum, Jeremiah | 3:22-cv-02810-ZNQ-TJB |
| 25. | Green, Donna | 3:22-cv-02822-ZNQ-TJB |
| 26. | Wood, Claude | 3:22-cv-02808-ZNQ-TJB |
| 27. | Marshall, Harbert | 3:22-cv-04591-ZNQ-TJB |
| 28. | Hussey, Curtis | 3:22-cv-04907-ZNQ-TJB |
| 29. | Keys, Vincent | 3:22-cv-04590-ZNQ-TJB |
| 30. | Nyland, Gregory | 3:22-cv-04588-ZNQ-TJB |
| 31. | Hutton, Richard | 3:22-cv-04598-ZNQ-TJB |
| 32. | Vuckovich, Andrew | 3:22-cv-04903-ZNQ-TJB |
| 33. | Dennison, Gloria | 3:22-cv-01473-FLW-TJB |